1

2

3

4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

5

6

7 | Case No. 2:18-CV-00672 (VEB)

8 KELSEY BRYAN-ZWICK,

9                Plaintiff, | JUDGMENT

10 vs.

11 NANCY BERRYHILL, Acting
Commissioner of Social Security,

12                Defendant.

13

14      For the reasons set forth in the accompanying Decision and Order, it is hereby

15 DECREED THAT (1) Plaintiff's request for an order remanding this case for further

16 proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the

17 Commissioner's request for an order affirming the Commissioner's final decision and

18 dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor and this

19 matter is REMANDED for further proceedings consistent with the Decision and

20

1

1    Order; and (4) this case is CLOSED without prejudice to a timely application for

2    attorneys' fees and costs.

3         DATED this 29th day of May 2019,

4

5                                    /s/Victor E. Bianchini
                                     VICTOR E. BIANCHINI
6                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JUDGMENT – BRYAN-ZWICK v BERRYHILL 2:18-CV-00672-VEB