# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY BRYAN-ZWICK,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>  Defendant | Case No.: 2:18-cv-00672 VEB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED this 6th day of August 2019,

  /s/Victor E. Bianchini
  VICTOR E. BIANCHINI
  UNITED STATES MAGISTRATE JUDGE